# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

**William Gerald Drummond**                                                                 **Plaintiff**

v.                          **CASE NO. 3:14CV00205 JTK**

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**                                                          **Defendant**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of the Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 12th day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE